UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X

ROBERT POINDEXTER,

              Plaintiff,              13 Civ. 1155

  -against-                              OPINION

CASH MONEY RECORDS,

              Defendant.

------------------------------------X

**Sweet, D.J.**

      With the motion to dismiss in the action *Jacqueline Poindexter v. Cash Money Records*, Case No. 13 Civ. 5882, having been granted in an opinion dated April 8, 2014 (Case No. 13 Civ. 5882, ECF No. 23), Plaintiff's letter and motion in the instant action, *Robert Poindexter v. Cash Money Records*, Case No. 13 Civ. 1155, dated January 6, 2014 (Case No. 13 Civ. 5882, ECF No. 40), is dismissed as moot.

      It is so ordered.

**New York, NY**
**April 22, 2014**

                                            **ROBERT W. SWEET**
                                                U.S.D.J.